UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| TRACY ARLENE OWEN,<br>Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>Defendant | CASE NUMBER:  1:15-CV-01802-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

  ☒ The clerk is directed to file the complaint.

  ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:


ENTER this   4th   day of   December  ,   2015  .


*/s/ Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer